UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 00417
   LEON G FILAS
   HEATHER ANDREWS-FILAS                  CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-3415    SSN XXX-XX-8854
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/10/07 .

2. The case was dismissed without confirmation, 07/13/2007.

3. The Debtor paid a total of $ 3131.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AEGIS MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| AEGIS MORTGAGE CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| UMLI/UM CAPITAL | SECURED | .00 | .00 | .00 |
| STATE BANK OF THE LAKES | UNSECURED | NOT FILED | .00 | .00 |
| STATE BANK OF THE LAKES | SECURED VEHIC | .00 | .00 | 1062.59 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | 1221.97 |
| AMERICAN FAMILY INSURANC | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 2284.56 | .00 | .00 | .00 | 2284.56 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2284.56 | .00 | .00 | .00 | 2284.56 |

The Debtor's attorney, PAUL R IDLAS                , was allowed $ 3000.00 and was paid $ 1000.00 direct and $     .00 through the plan.

The Trustee received $    94.44 .

Refunds to the Debtor totaled $   752.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/10/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE